In the Matter of the Claim of ADAM DI SARRO, Respondent, against ABRAHAM STONE et al., Doing Business as STONE LIQUOR DISTRIBUTORS, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 21, 1955; decided June 2, 1955.

*Charles P. Barre* for appellants.

*Jacob K. Javits, Attorney-General* (*Harry Pastor, Henry S. Manley* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order of the Appellate Division reversed and award of the Workmen's Compensation Board annulled, with costs in this court and in the Appellate Division against the Workmen's Compensation Board, and the claim dismissed upon the ground that there is an absence of substantial evidence to establish an industrial accident. No opinion.

Concur: DESMOND, FULD, VAN VOORHIS and BURKE, JJ. CONWAY, Ch. J., DYE and FROESSEL, JJ., dissent and vote to affirm.